THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY HAWKINS,<br><br>Defendant. | CASE NO. CR20-0217-JCC-9<br><br>ORDER |

This matter comes before the Court on Defendant's motion to continue the sentencing hearing. (Dkt. No. 656.)

Defendant was charged by superseding indictment in August 2021 with conspiracy to distribute controlled substances. (Dkt. No. 194.) She entered a guilty plea in June 2022. (Dkt. Nos. 370, 372, 392.) Sentencing was originally scheduled for September 27, 2022. (Dkt. No. 370.) The Court has since continued the hearing, at Defendant's request, to provide defense counsel with additional time to prepare, and to address Defendant's health concerns. (Dkt. Nos. 474, 553, 621). Now, Defendant seeks to continue sentencing for at least another three months, in light of a pending evaluation by a lung specialist and "in anticipation of a knee replacement surgery." (Dkt. No. 656 at 4.)

This court has "broad discretion" in considering such requests. *United States v. Garrett*, 179 F.3d 1143, 1145 (9th Cir. 1999). Here, the Court has already significantly delayed

sentencing to allow Defendant time to adequately prepare and to recover from various medical illnesses. Defendant does not provide facts to support an additional continuance. The appointments with the lung specialist and the claim of a potential knee surgery replacement are hardly sufficient to extend the sentencing hearing yet again. To the extent Defendant's medical conditions require significant medical attention, Defendant may present this evidence to the Court at the sentencing hearing, for purposes of establishing a reporting date. Accordingly, the Defendant's motion for a continuance (Dkt. No. 656) is DENIED.

DATED this 8th day of August 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE