THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY HAWKINS,<br><br>Defendant. | CASE NO. CR20-0217-JCC-9<br><br>ORDER |

This matter comes before the Court on Defendant's motion to extend her self surrender date (Dkt. No. 704). For the reasons described below, the motion is DENIED.

On September 21, 2023 the Court sentenced Defendant to 108 months for Conspiracy to Distribute Controlled Substances. (Dkt. No. 685.) Following a prior extension, (*see* Dkt. No. 695), Defendant's self surrender date was set for December 1, 2023. Defendant seeks another extension of that date, to February 1, 2024, to continue certain medical care. (*See* Dkt. No. 704.) But Defendant's performance on supervision has been poor. (*See* Dkt. Nos. 471, 708.) For this reason, the Court does not find a further extension warranted. Accordingly, the motion for an extension (Dkt. No. 704) is DENIED.

The Court reiterates its prior recommendation that BOP place Defendant at FCI Dublin. The Court further recommends BOP provide Defendant access to the bone stimulation machine she is currently utilizing, while recovering from recent medical procedures.

ORDER
CR20-0217-JCC-9
PAGE - 1

1     DATED this 27th day of November 2023.

 

                              John C. Coughenour  
                              UNITED STATES DISTRICT JUDGE