THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TRACY HAWKINS,<br><br>        Defendant. | CASE NO. CR20-0217-JCC-9<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on attorney Harry Williams' motion to withdraw as defense counsel (Dkt. No. 735). Where withdrawal of an attorney will not leave the client without representation, court permission is not required. CrR 62.2(b)(3). However, the remaining or withdrawing attorney(s) must still, in their notice of withdrawal, include a statement that the client remains represented, identify the withdrawing and remaining attorneys, and include the signatures of both attorneys. *Id.* Counsel here has not done so. (*See generally* Dkt. No. 735.) Accordingly, counsel is DIRECTED to refile their notice in compliance with the local rules. And to the extent Mr. Williams' withdrawal would leave Defendant *unrepresented*, counsel must nonetheless comply with the requirements of Local Criminal Rule 62.2(b)(1).

//

1  DATED this 28th day of February 2024.

2

3                  Ravi Subramanian
                 Clerk of Court

4
                 s/Kathleen Albert
5                  Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR20-0217-JCC-9
PAGE - 2