THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY HAWKINS,<br><br>Defendant. | CASE NO. CR20-0217-JCC-9<br><br>ORDER |

This matter comes before the Court on attorney Harry Williams' motion to withdraw as defense counsel (Dkt. No. 739). Mr. Williams was appointed to represent Defendant in appealing her conviction. (*See* Dkt. Nos. 690, 700.) But after consulting with her attorney, Defendant has decided not to pursue an appeal at this time. (*See* Dkt. No. 739 at 1.) For this reason, Mr. Williams moves to withdraw as appellate counsel. (*Id.*) Having thoroughly considered the motion, and the balance of the record, the Court FINDS that good cause exists for the withdrawal of counsel. It is hereby ORDERED that Mr. Williams is granted leave to withdraw as counsel for the defendant in this matter.

//

//

//

//

ORDER
PAGE - 1

DATED this 13th day of March 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2